**Wilbert O. HOSEY, Petitioner,**

v.

**VALLEY CAMP COAL COMPANY; Director, Office of Workers' Compensation Programs, Respondents.**

No. 06–1712.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2006.

Decided: Jan. 10, 2007.

Wilbert O. Hosey, Petitioner Pro Se. William Steele Mattingly, Jackson & Kelly,

PLLC, Morgantown, West Virginia; Patricia May Nece, Sarah Marie Hurley, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert O. Hosey seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Hosey v. Valley Camp Coal Co.*, No. 05–1007–BLA (BRB May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*